IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:23-MJ-06

IN THE MATTER OF THE EVIDENCE )
SEIZED DURING THE SEARCH OF THE )
RESIDENCE AT 10 FLOWERING CHERRY ) ORDER
DRIVE, ASHEVILLE, NORTH CAROLINA )
)
)

This matter is before the Court on the Government's Motion for Order Directing the Retention of Drug Evidence (the "Motion," Doc. 3).

For good cause shown, the Motion is **GRANTED** and the U.S. Department of Homeland Security is directed to retain the controlled substances evidence seized in U.S. Customs and Border Protection FPF Case number (on the Form 6051A) 2023160300004801 until further Order of the Court.

It is so ordered.

This the 23rd day of March, 2023.

W. CARLETON METCALF
UNITED STATES MAGISTRATE JUDGE